*Van C. Swearingen*, Attorney General, and *C. O. Andrews*, Assistant, for the State.

---

Nicholas S. Steyne, Plaintiff in Error, v. W. H. Dowling as Sheriff, etc., Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.

*A. G. Hartridge*, for Plaintiff in Error;

*Van C. Swearingen*, Attorney General, and *C. O. Andrews*, Assistant, for the State.